■ In the Matter of JOHN KUTTAS, For Reinstatement. — Motion to confirm report of the hearing panel of the Departmental Disciplinary Committee for the First Judicial Department granted to the extent of denying petitioner's application for reinstatement without prejudice to renewal as indicated in the order of this court and cross motion to disaffirm said report denied. Concur — Sandler, J. P., Sullivan, Ross, Markewich and Lupiano, JJ.